AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 12, 2024*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>aka: Enrique FLORES<br>YOB: 1993 Citizenship: USA<br>TN: Enrique Flores-Banda<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 7:24-mj-00970-1

*06/13/24 - df*

# AMENDED
# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 11, 2024 _____ in the county of _____ Hidalgo _____ in the

____ Southern ____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 554 | Did knowingly and willfully attempt to export or send from the United States, any article, or object, to wit: one FN 9mm pistol and three 9mm pistol magazines, contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Section 554. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by AUSA Theodore Parran

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Sworn to before me and signed in my presence.

Date:  June 12, 2024 at 8:16 a.m.

City and state:              McAllen, Texas

/s/ Alexander Busch

*Complainant's signature*

Alexander Busch, HSI Special Agent

*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge

*Printed name and title*

**ATTACHMENT "A"**

On June 11, 2024, Homeland Security Investigations (HSI), McAllen, Texas, was notified by U.S. Customs and Border Protection (CBP) that Enrique FLORES attempted to exit the United States via the Progreso Port of Entry (POE) in Progreso, Texas, when he had driven in the outbound (southbound) lanes attempting to depart the United States and enter Mexico. FLORES was the driver, owner, and sole occupant of a white GMC Sierra bearing Tamaulipas, Mexico, license plate WJ1235B.

During an outbound enforcement operation CBP Officers contacted FLORES and inquired if he had any currency over $10,000, firearms, weapons accessories, or ammunition to declare. FLORES denied having anything, issuing a negative declaration. FLORES was asked to step out of his vehicle as part of the outbound inspection.

Once out of the vehicle, CBP Officers (CBPOs) initially noticed a firearms instruction pamphlet in the center console. Another CBPO opened the glove box of the truck and was able to see a 9mm pistol magazine. Upon the Officer beginning to search the glove box; FLORES, who is a convicted felon for previous firearms charges, attempted to pull away from another CBPO and flee. This escalated into FLORES actively resisting CBP Officer's attempts to place him into handcuffs and injuries being suffered by one CBPO.

CBPOs continued to search the vehicle and discovered a 9-millimeter (mm) FN Semi-Automatic pistol, along with a total of three magazines for said pistol, all concealed in an area behind the glove box.

An HSI McAllen Special Agent responded to the Progreso POE to interview FLORES. The subject was advised of his Miranda Rights and invoked his right to legal counsel.